IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY SENTAIL SARDIN
ADC #161324                                                              PETITIONER

v.                          No. 5:17-cv-178-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                        RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 12, and overrules Sardin's objections, № 13. FED. R. CIV. P. 72(b)(3). Sardin's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2017