IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNY SENTAIL SARDIN
ADC #161324                                              PETITIONER

v.                      No. 5:17-cv-178-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                         RESPONDENT

## JUDGMENT

Sardin's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2017